**Motion for Rehearing Granted, Memorandum Opinion filed September 17, 2013, Withdrawn, Appeal Reinstated, and Order filed November 7, 2013.**

In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00585-CV

_____

### DENNIS SHAVER, Appellant

### V.

### WELLS FARGO BANK, NA AS TRUSTEE FOR NCBT 2008-1, Appellee

**On Appeal from the County Court**
**Waller County, Texas**
**Trial Court Cause No. C12-102**

### ORDER

On September 17, 2013, this court issued an opinion dismissing this appeal. On September 26, 2013, appellant filed a motion for rehearing. The motion is **GRANTED**.

This court's opinion filed September 17, 2013, is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.**

Appellant's brief is due thirty days from the date of this order.


PER CURIAM

Panel consists of Justices Brown, Christopher, and Donovan.   (Brown, J. not participating).